1 MARK B. FREDKIN, ESQ. (SBN 53550)
ELIZABETH M. PAPPY, ESQ. (SBN 157069)
2 MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
3 San Jose, California 95113-1613
Telephone: (408) 288-8288
4 Facsimile: (408) 288-8325
mfredkin@mffmlaw.com
5 epappy@mffmlaw.com

6 Attorneys for Plaintiff/Cross-defendant
COMMERCE FIRST FINANCIAL, INC.
7

8
UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12  PROFESSIONAL BUSINESS BANK,<br><br>13           Plaintiff,<br><br>14  vs.<br><br>15  FEDERAL DEPOSIT INSURANCE<br>    CORPORATION in its Capacity as<br>16  Receiver for First heritage Bank, N.A., and<br>    DOES 1 through 10, inclusive,<br>17<br>           Defendants. | Case No. CV10-04614 GAF (AGRx)<br>Consolidated with CV10-07513-GAF<br><br>**ORDER DISMISSING<br>CASE CV 10-7513 GAF -<br>AFTER SETTLEMENT** |
| 18  COMMERCE FIRST FINANCIAL, INC.,<br><br>19           Plaintiff,<br><br>20  vs.<br><br>21  PROFESSIONAL BUSINESS BANK,<br>    et.al.,<br>22<br>           Defendants. | |
| 23  AND RELATED CROSS-ACTION. | |

26       The Court having considered the stipulation of Plaintiff/Cross-defendant

27 Commerce First Financial, Inc., Plaintiff-in-Intervention Federal Deposit Insurance

28 Corporation, in its Capacity as Receiver for First Heritage Bank, N.A., and

Defendant/Cross-complainant Professional Business Bank, to dismiss *Commerce First Financial, Inc. v. Professional Business Bank, et.al.,* Case No. CV10-07513, including the complaint, cross-complaint, and complaint-in-intervention, and any amendments thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that *Commerce First Financial, Inc. v. Professional Business Bank, et.al.,* Case No. CV10-07513 is dismissed with prejudice pursuant to FRCP 41.

Dated: April 18, 2012

_____

HONORABLE GARY A. FEESS