Richard W. Esterkin (SBN 70769)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, California 90071
Telephone: 213.612.2500
Facsimile: 213.612.2501
E-mail: resterkin@morganlewis.com

Attorneys for Plaintiff, Professional Business Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL BUSINESS BANK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION in its Capacity as Receiver for First Heritage Bank, N.A. *et al.,*<br><br>　　　　Defendants. | Case No. CV10-04614 GAF (AGRx)<br>*Consolidated with Case No. CV10-07513*<br><br>**ORDER ON STIPULATION TO ORDER SUBSTITUTING PARTIES**<br><br>[No Hearing Required] |

The parties having stipulated thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Bank of Manhattan, N.A. is hereby substituted as the Plaintiff in lieu of Professional Business Bank herein.

Dated: July 25, 2012

_____
UNITED STATES DISTRICT JUDGE