JS−6

Richard W. Esterkin (SBN 70769)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, California 90071
Telephone:  213.612.2500
Facsimile:  213.612.2501
E-mail:  resterkin@morganlewis.com

Attorneys for Plaintiff, Bank of
Manhattan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF MANHATTAN,<br><br>               Plaintiff,<br><br>      vs.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION in its Capacity<br>as Receiver for First Heritage<br>Bank, N.A. *et al.,*<br><br>               Defendants. | Case No. 2:10-cv-04614 GAF (AGRx)<br>*Consolidated with Case No. 2:10-cv-07513 GAF (AGRx)*<br><br>**JUDGMENT**<br><br>[No Hearing Required] |

It is hereby ordered, adjudged and decreed that:

1.      Plaintiff, Bank of Manhattan, have judgment against Defendant Federal Deposit Insurance Corporation in its Capacity as Receiver for First Heritage Bank, N.A. in the sum of $1,557,289.28; and

2.      This Court shall retain jurisdiction to decide a motion for attorneys fees and costs herein until following the conclusion of any appeal from this judgment.

Dated:  August 27, 2012

*[signature]*

UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JUDGMENT