1  Michael A. Angel (Bar No. 59085)
     *mangel@mmhllp.com*
2  Zachary J. Brown (Bar No. 241837)
     *zbrown@mmhllp.com*
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
5  Telephone:(213) 620-0300
   Facsimile: (213) 625-1930
6
7  Of Counsel:
   Lawrence H. Richmond, Senior Counsel
8  J. Scott Watson, Counsel (admitted *pro hac vice*)
   Minodora D. Vancea, Counsel
9  Federal Deposit Insurance Corporation
   Legal Division
10 3501 Fairfax Drive
11 Arlington, VA 22226
   Tel:  (703) 562-2384
12
13 Attorneys for Defendant and Intervenor
   Federal Deposit Insurance Corporation
14 As Receiver For First Heritage Bank, N.A.

15              **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17
   BANK OF MANHATTAN,                    Case No. CV10-04614 GAF (AGRx)
18
              Plaintiff,                 *Consolidated with Case No. CV10-*
19                                       *07513*
           vs.
20                                       **FDIC'S NOTICE OF APPEAL AND**
   FEDERAL DEPOSIT INSURANCE             **NINTH CIRCUIT RULE 3-2**
21 CORPORATION in its Capacity           **REPRESENTATION STATEMENT**
   as Receiver for First Heritage
22 Bank, N.A. *et al.,*

23            Defendants.

24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

FDIC'S NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT

1    Defendant the Federal Deposit Insurance Corporation (FDIC), as receiver for
2 First Heritage Bank, N.A., hereby appeals to the United States Court of Appeals for
3 the Ninth Circuit from the final order entered by the district court in this case on
4 August 27, 2012 (Dkt. No.105), and all other orders and rulings of the district court
5 adverse to the FDIC, including, but not limited to the order denying FDIC's defense
6 to liability under 12 U.S.C. 1821(d)(2)(G) (Dkt. No.29).  This notice is given pursu-
7 ant to 28 U.S.C. § 1291.

8    Pursuant to Ninth Circuit Rule 3-1(c), the FDIC notes that it is exempt by stat-
9 ute from paying filing fees or posting a bond for the appeal.  12 U.S.C. § 1819(b)(4)
10 (the FDIC "shall not be required to post any bond to pursue any appeal and shall not
11 be subject to payments of any filing fees in United States district courts or courts of
12 appeal").

13    Pursuant to Ninth Circuit Rule 3-2, the FDIC provides the following **Represen-**
14 **tation Statement**.

15    The parties to the order appealed from and the names and addresses of their re-
16 spective attorneys are as follows:

17    **Plaintiff Bank of Manhattan:**

18

19    Richard W. Esterkin (SBN 70769)
      MORGAN, LEWIS & BOCKIUS LLP
20    300 South Grand Avenue, Suite 2200
      Los Angeles, California 90071
21    Telephone: 213.612.2500
22    Facsimile: 213.612.2501
      E-mail: resterkin@morganlewis.com
23

24

25

26

27

28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

– 2 –

FDIC'S NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT

1    **Defendant Federal Deposit Insurance Corporation, as receiver for First**

2    **Heritage Bank, N.A.:**

3

4          Michael A. Angel (Bar No. 59085)
           Zachary J. Brown (Bar No. 241837)

5          MESERVE, MUMPER & HUGHES LLP
           300 South Grand Avenue, 24th Floor

6          Los Angeles, California 90071-3185
           Tel.:   (213) 620-0300

7          mangel@mmhllp.com

8
           Lawrence H. Richmond, Senior Counsel

9          J. Scott Watson, Counsel (admitted *pro hac vice*)
           Minodora D. Vancea, Counsel

10         Federal Deposit Insurance Corporation
           Legal Division

11         3501 Fairfax Drive
           Arlington, VA 22226

12         Tel:  (703) 562-2384
           mvancea@fdic.gov

13

14

15

16   Dated: September 23, 2012          MESERVE, MUMPER & HUGHES LLP
                                        Michael A. Angel

17                                      Zachary J. Brown

18
                                        By:   /s/ MICHAEL A. ANGEL

19                                      _____
                                        Attorneys for Defendant and Intervenor

20                                      FEDERAL DEPOSIT INSURANCE
                                        CORPORATION AS RECEIVER FOR

21                                      FIRST HERITAGE BANK, N.A.

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

– 3 –

FDIC'S NOTICE OF APPEAL AND NINTH CIRCUIT
RULE 3-2 REPRESENTATION STATEMENT

CERTIFICATE OF SERVICE

This Notice of Appeal and representation statement pursuant to Ninth Circuit Rule 3-2 has been served through the district court's ECF system.

Dated: September 23, 2012

MESERVE, MUMPER & HUGHES LLP
Michael A. Angel
Zachary J. Brown

By: ___/s/ MICHAEL A. ANGEL___
Attorneys for Defendant and Intervenor
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
FIRST HERITAGE BANK, N.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**